FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual, <br><br> Appellant, <br><br> v. <br><br> KATHERINE VON DRACHENBERG, AKA Kat Von D, an individual; KAT VON D, INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation, <br><br> Appellees. | No. 24-3367 <br><br> D.C. No. 2:21-cv-01102-DSF-MRW Central District of California, Los Angeles <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.